**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 224 WAL 2014 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| | : |
| JARED HENKEL, | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

 **AND NOW**, this 21st day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.